UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW, | Case No. 26-cv-06073-SI |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| SFPD #4766, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the Court hereby sua sponte REFERS this case to the Honorable Araceli Martinez-Olguin for consideration of whether the case is related to 26-cv-3346 AMO.

**IT IS SO ORDERED**.

Dated: June 24, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California