IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,

          Plaintiff,

    v.

ZUNIGA, et al.,

          Defendants.

Case No. 26-cv-05550-CRB

**REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the Court hereby sua sponte REFERS this case to the Honorable Araceli Martínez-Olguín for consideration of whether the above-captioned case is related to 26-cv-3346.

**IT IS SO ORDERED.**

Dated: June 26, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California