UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,
Plaintiff,

v.

SFPD OFFICER #4766, et al.,
Defendants.

Case No. 26-cv-05868-VC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Araceli Martinez-Olguin for consideration of whether the case is related to *Law v. SFPD Officer #4766*, No. CV 4:26-cv-03346-AMO.

**IT IS SO ORDERED.**

Dated: 8/13/2026

VINCE CHHABRIA
United States District Judge